UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS A. SIMON,

          Plaintiff,                    Case No. 1:12cv1202

v.                                        Hon. Robert J. Jonker

UNKNOWN WARR, et al.,

          Defendants.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 4, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 4, 2014, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the motion for summary judgment filed by defendants Groom and Robertson (docket #15) is **GRANTED** for failure to exhaust administrative remedies. This matter is **DISMISSED**.

                                                                /s/ Robert J. Jonker
                                                                 ROBERT J. JONKER
                                                         UNITED STATES DISTRICT JUDGE

DATED: February 26, 2014.